1 | DAVID L. ANDERSON (CABN 149604)
United States Attorney

2

SARA WINSLOW (DCBN 457643)
3 | Chief, Civil Division

4 | REBECCA A. FALK (CSBN 226798)
Assistant United States Attorney

5

   450 Golden Gate Avenue, Box 36055
6 |    San Francisco, California 94102-3495
   Telephone: (415) 436-7022
7 |    FAX: (415) 436-6748
   rebecca.falk@usdoj.gov
8

Attorneys for Federal Defendant
9

Christine P. Sun (SBN 218701)
10 | Abre' Leann Conner (SBN 306024)
AMERICAN CIVIL LIBERTIES UNION
11 | FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
12 | San Francisco, California 94111
T: (415) 621-2493
13 | F: (415) 255-8437
csun@aclunc.org
14 | aconner@aclunc.org

15 | Nusrat J. Choudhury*
Joshua David Riegel*
16 | Hugh Handeyside*
AMERICAN CIVIL LIBERTIES UNION
17 | FOUNDATION
125 Broad Street—18th Floor
18 | New York, New York 10004
T: (212) 549-2500
19 | F: (212) 549-2654
nchoudhury@aclu.org
20 | jriegel@aclu.org
hhandeyside@aclu.org
21

22
Attorneys for Plaintiffs
23 | *Admission pro hac vice pending

24 |                   UNITED STATES DISTRICT COURT

25 |                  NORTHERN DISTRICT OF CALIFORNIA

26 |                          OAKLAND DIVISION

27

28

STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT
19-01465 DMR

| | |
|---|---|
| CENTER FOR MEDIA JUSTICE; AMERICAN CIVIL LIBERTIES UNION; and AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF INVESTIGATION; AND U.S. DEPARTMENT OF JUSTICE,<br><br>    Defendant. | CASE NO. 19-01465 DMR<br><br>STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT |

Defendants Federal Bureau of Investigation and Department of Justice ("Defendants") and Plaintiffs Center For Media Justice; American Civil Liberties Union; And American Civil Liberties Union Foundation (collectively, "Plaintiffs"), by and through their respective counsel, stipulate to extend the time for Defendant to respond to Plaintiffs' Complaint pursuant to Civil Local Rule 6-1(a) of the Northern District of California, as follows:

1. On March 21, 2019, Plaintiffs filed their Complaint for Declaratory and Injunctive Relief under the Freedom of Information Act ("Complaint");

2. On March 25, 2019, the U.S. Attorney's Office was served with Plaintiffs' Complaint by personal service;

3. Pursuant to 5 U.S.C. § 552(a)(4)(C), Defendant's response to the Complaint is presently due to be filed and served on April 25, 2019;

4. The parties have agreed to a thirty-day extension of time for Defendant to respond to the Complaint from April 24, 2019 to May 24, 2019;

5. No prior extensions of time have been requested or granted; and

6. This change will not alter the date of any event or deadline already fixed by Court order.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant that Defendant will have until May 24, 2019 to respond to Plaintiffs' Complaint.

IT IS SO STIPULATED.

DATED: April 17, 2019						By:   /s/ Christine Sun
								CHRISTINE SUN
								Attorney for Plaintiffs

DATED: April 17, 2019						Respectfully submitted,

								DAVID L. ANDERSON
								United States Attorney

								s/ Rebecca A. Falk
								REBECCA A. FALK
								Assistant United States Attorney[1]

---

[1] I, Rebecca A. Falk, hereby attest, in accordance with the Civil L.R. 5(i)(3), the concurrence in the filing of this document has been obtained from the other signatories listed here.

STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT
19-01465 DMR