UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 Clay Street
Oakland, CA 94612

www.cand.uscourts.gov

Susan Y. Soong

CLERK OF COURT

GENERAL COURT NUMBER
510-637-3530

May 6, 2019

**Rebecca Ann Falk**
U.S. Attorney's Office
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102

Re:   Center for Media Justice, et al. v. Federal Bureau of Investigation, et al
      Case Number: 4:19-cv-01465-DMR

Dear Counsel:

This matter has been randomly assigned to United States Magistrate Judge Donna M. Ryu for all purposes including trial.

The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

A reminder to file either a consent form or a declination form to proceed before a United States Magistrate Judge was sent to Defendants on April 19, 2019.  A review of our records discloses that the Consent or Declination to Magistrate Judge Jurisdiction has not been filed in this case.  Defendants are requested to complete the attached form documenting either consent or request for reassignment and e-file it with the Court by **May 20, 2019.**  Please note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences.  This form can be found on the Court's website at www.cand.uscourts.gov.

Susan Y. Soong
Clerk, United States District Court

By _____

Ivy Lerma Garcia, Deputy Clerk to the
Honorable DONNA M. RYU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR MEDIA JUSTICE, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>FEDERAL BUREAU OF INVESTIGATION, et al,<br><br>　　　　　Defendants. | Case No. 4:19-cv-01465-DMR<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter.  Sign this form below your selection.

　　　( )　**Consent to Magistrate Judge Jurisdiction**

　　　　　In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

　　　　　**OR**

　　　( )　**Decline Magistrate Judge Jurisdiction**

　　　　　In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE:　　　　　　　　　　　　　　　　　　NAME:
　　　　　　　　　　　　　　　　　　　　　COUNSEL FOR:
　　　　　　　　　　　　　　　　　　　　　(OR "PRO SE:)

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Signature