UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL CONFERENCE MINUTE ORDER

| Date: 6/19/2019 | Time: 2:16-2:54 | Judge: DONNA M. RYU |
|---|---|---|
| Case No.: 4:19-cv-01465-DMR | Case Name: Center for Media Justice v. Federal Bureau of Investigation | |

**For Plaintiffs:**
Nusrat Choudhury

**For Defendant:**
Rebecca Falk
Pam Johann

**Deputy Clerk:** Ivy Lerma Garcia           **FTR:** 2:16-2:54

PROCEEDINGS

Initial Case Management Conference held.

[X]   Over Defendant's objections as stated on the record, the court granted leave to Plaintiffs to file an amended complaint once they make a new FOIA request that is identical to the request currently at issue, and simply seeks the same responsive information through, 6/19/2019. No further amendments to parties, claims or defenses will be permitted.

[X]   By **7/3/19** Defendant is ordered to provide Plaintiffs with its best estimate of the total number of responsive pages for the search it conducted on 4/19/2019. Defendant must provide a detailed explanation of the basis for its estimate.

[X]   The parties' next joint CMC statement shall report on the details of their meet and confer efforts regarding a process and timetable going forward.

**COURT SET THE FOLLOWING DATES:**

Further Case Management Conference: 8/21/2019 at 1:30 p.m.
Updated Joint Case Management Conference Statement due by: 8/14/2019

**ORDER TO BE PREPARED BY:**
   [ ] **Plaintiff**     [ ] **Defendant**     [ ] **Court**

cc:   Chambers