UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CIVIL CONFERENCE MINUTE ORDER

| **Date:** 8/21/19 | **Time:** 2:00-2:21 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 4:19-cv-01465-DMR | **Case Name:** Center for Media Justice v. Federal Bureau of Investigation, et al | |

**For Plaintiff:**
Nusrat Choudhury
Mark Carter

**For Defendants:**
Emmet Ong

**Deputy Clerk:** Ivy Lerma Garcia          **FTR:** 2:00-2:21

### PROCEEDINGS

Further Case Management Conference held.

- In order to facilitate the search for and production of responsive documents, Plaintiffs shall provide their list of remaining questions regarding the search. No later than two weeks after provision of the questions, the parties shall have a telephonic meet and confer which shall include defense counsel as well as the person(s) in the best position to answer questions about the technical aspects of Defendants' systems. No one may record the call or publicize information learned in the call, except that counsel may memorialize the results of the call for purposes of this case.

- Defendants shall begin producing non-exempt documents from the 4/19/2019 search by no later than 8/30/2019.

**COURT SET THE FOLLOWING DATES:**

Further Case Management Conference: 10/16/2019 at 1:30 p.m.
Updated Joint Case Management Conference Statement due by: 10/9/2019

**ORDER TO BE PREPARED BY:**
[ ] **Plaintiff**   [ ] **Defendant**   [ ] **Court**

cc:   Chambers