# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL CONFERENCE MINUTE ORDER

| **Date:** 4/15/2020 | **Time:** 1:42-2:00 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 4:19-cv-01465-DMR | **Case Name:** Center for Media Justice, et al v. Federal Bureau of Investigation, et al | |

**For Plaintiffs:**
Mark Carter

**For Defendants:**
Emmet Ong

**Deputy Clerk:** Ivy Lerma Garcia          **FTR:** 1:42-2:00

# PROCEEDINGS

Further Case Management Conference held.

For the reasons stated on the record, the court orders Defendants to process the 12,700 pages of currently identified responsive records at a rate of 2000 pages per month upon lifting of the stay.  The court will revisit this rate once it has a better understanding of the scope of the remaining investigatory documents.  Defendants estimated that once RIDS employees are back at work, it will take approximately one month to provide a better estimate of the total number of potentially responsive investigatory records in both open and closed cases (currently estimated at 1 million pages).  Defense counsel shall confirm or revise the one month estimate as soon as possible and shall provide the information to Plaintiffs in order to begin negotiations regarding those records.

**COURT SET THE FOLLOWING DATES:**

   Further Case Management Conference:  7/15/2020 at 1:30 p.m.
   Updated Joint Case Management Conference Statement due by:  7/8/2020

**ORDER TO BE PREPARED BY:**
   [ ] **Plaintiff**     [ ] **Defendant**     [ ] **Court**

cc:     Chambers