UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR MEDIA JUSTICE, et al., | Case No. 19-cv-01465-DMR |
| Plaintiffs, | |
| v. | **ORDER ON MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION** |
| FEDERAL BUREAU OF INVESTIGATION, et al., | Re: Dkt. No. 73 |
| Defendants. | |

This case relates to a Freedom of Information Act ("FOIA") request by Plaintiffs Center for Media Justice, American Civil Liberties Union, and American Civil Liberties Union Foundation to the Federal Bureau of Investigation and the U.S. Department of Justice.

Plaintiffs submitted their FOIA request to Defendants on October 31, 2019, seeking the release of certain records relating to an FBI Intelligence Assessment regarding the designation "Black Identity Extremism." In the parties' November 13, 2019 joint case management statement, Defendants estimated that there were 19,492 potentially responsive documents. [Docket No. 56.] On November 20, 2019, the court ordered the parties to meet and confer regarding a proposed processing schedule for the documents. [Docket No. 58.] The parties did not agree on a processing schedule and filed competing proposals. [Docket Nos. 59, 60.] In their proposal, Defendants represented that the number of potentially responsive documents was actually 12,700.[1] [Docket No. 59 at 2.]

_____

[1] Defendants also stated that there could be as many as a million documents that fall within the scope of Plaintiffs' request. *Id.* The court is unclear about the basis of this assertion, which in any event was not made in Defendants' current motion.

1    On April 2, 2020, the court granted the parties' stipulation for a stay of 30 days in light of

2    delays caused by the COVID-19 pandemic. [Docket No. 70.] On April 15, 2020, the court ordered

3    Defendants to begin processing the 12,700 responsive records at a rate of 2000 pages per month

4    upon the lifting of the stay. [Docket No. 72.]

5    On May 7, 2020, Defendants filed a motion for leave to file a motion for reconsideration of

6    the court's order on the processing schedule. [Docket No. 73.] Defendants represent that, although

7    the FBI's Record/Information Dissemination Section ("RIDS") has reopened, it is still at limited

8    capacity due to COVID-19. *Id.* at 1. Defendants estimate that RIDS will be functioning at 25% or

9    less of its usual output for the foreseeable future. *Id.* Defendants also state that they have further

10   revised the estimate of responsive documents to approximately 1,100. [Docket No. 73-2,

11   Declaration of David M. Hardy ("Hardy Decl.") ¶ 22.] Plaintiffs represent that on May 13, 2020

12   Defendants told them that there were only 600 of the 1,100 documents left to process. [Docket No.

13   77 at 2-3.]

14   Defendants appear to request an open-ended stay. They represent that "the FBI is unable at

15   this time to provide a specific estimate of the number of pages that it can process each month in this

16   matter because of the uncertainty of staffing levels and the possibility of future dates of facility

17   closures due to the COVID-19 crisis." Hardy Decl. ¶ 25. The request for an open-ended stay is

18   denied. The court grants a limited stay to June 30, 2020, after which Defendants must complete

19   processing the 600 remaining documents by July 31, 2020. This schedule is below 25% of the

20   court's original processing order and therefore proportionate to the FBI's reported capacity.

21   In their opposition, Plaintiffs request that the court order Defendants to produce 1,000

22   sample documents of the documents Defendants now deem unresponsive, out of the 12,700

23   documents Defendants previously identified as potentially responsive. This request exceeds the

24   scope of the issues raised by Defendants and is denied without prejudice to Plaintiffs seeking relief

25   in their own motion.

26   For the reasons stated above, the case is stayed until June 30, 2020. Defendants must

27   complete processing the 600 remaining documents by July 31, 2020.

28   //

**IT IS SO ORDERED.**

Dated: June 5, 2020

_____
Donna M. Ryu
United States Magistrate Judge

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28